

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Jose Ignacio Mendez-Martinez, M. D.,  §  No. 08-15-00265-CV

    Appellant,  §  Appeal from the

v.  §  205th District Court

Andres G. Carmona, Individually, on  §  of El Paso County, Texas
Behalf of All Wrongful Death
Beneficiaries, and as Personal  §  (TC# 2012-DCV04858)
Representative of the Estate of Rosario M.
Carmona, Deceased,  §

    Appellee.  §

§

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **December 28, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alfonso L. Melendez, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before December 28, 2015.

IT IS SO ORDERED this 23rd day of November, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.